**UNITED STATES BANKRUPTCY COURT**

**EASTERN DISTRICT OF CALIFORNIA**

```
In re                              ) Case No.: 21-12598 - B - 7
Yingchun Lou,                      ) Adv No.: 22-01008
         Debtor.                   ) Docket Control No.: CAE-1
                                   ) Document No.: 1
_____)
                                   )
U.S. Trustee,                      ) Date: 07/06/2022
         Plaintiff,                ) Time: 11:00 AM
v.                                 ) Dept: B
Lou,                               )
         Defendant.                )
_____)
```

**Order**

For the reasons set forth in the court's minutes, docket number 19,

IT IS ORDERED that the status conference is CONCLUDED and REMOVED FROM CALENDAR because the case has already been dismissed.

Dated: Jul 06, 2022

By the Court

René Lastreto II, Judge
United States Bankruptcy Court

Continued Status Conference Re: Complaint - [1] - (41 (Objection / revocation of discharge - 727(c),(d),(e))) : Complaint 22-01008 by U.S. Trustee against Yingchun Lou. (Fee Amount of $350.00 is Exempt.) (eFilingID: 7086798) (svim)